# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | MJ 20- **76** -BLG-TJC |
| **Parcel addressed to J. Eisinger, 1410 S. Central Ave., Sidney, MT 59270 from Victorias Vintage Estate Sales, 1861 Lomita Blvd #C, Lomita, CA 90717** | **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the sole purpose

of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P.

Rule 41(f) and for the limited purposes of providing copies of documents in

discovery, upon initial appearance on an Indictment by any defendant related to

this search warrant and service/receipt of request for discovery by defense counsel,

pursuant to Fed. R. Crim. P. 16.

DATED this **27** day of July 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge